IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBRA BARRY,

    Plaintiff,                                                            CV-07-0261-MA

    v.                                                                     JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

    Based on the record and the Order for Remand filed herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the order.

    Dated this __22__ day of April, 2008.

                                             /s/ Malcolm F. Marsh
                                             Malcolm F. Marsh
                                             United States District Judge