FILED'08 MAY 15 13:34USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DEBRA BARRY,                    )
                               )
            Plaintiff,         )        CV 07-261-MA
                               )
vs.                            )        ORDER AWARDING FEES
                               )        PURSUANT TO THE EQUAL ACCESS
MICHAEL J. ASTRUE,             )        TO JUSTICE ACT
Commissioner of Social         )
Security Administration,       )
                               )
            Defendant.         )

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $7,000.00 shall be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. §

2412. The EAJA fees are payable to attorney Rory Linerud and are to be sent directly to Rory J.

Linerud. Attorney fees of $7,100.00 are hereby awarded. No costs or expenses to be paid

herein.

IT IS SO ORDERED.

DATED this _____15_____ day of _____May_____, 2008

_____Malcolm F. Marsh_____
MALCOLM F. MARSH
United States District Court Judge

Presented by:
S/Rory J. Linerud
RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1